UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRUCE TINER, | Case No. 3:17-cv-00653-MMD-CBC |
| Plaintiff, | ORDER |
| v. | |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendant. | |

Plaintiff Bruce Tiner filed a motion to dismiss ("Motion") his case under Federal Rule of Civil Procedure 41(a)(2). (*See* ECF No. 26.) While Defendants Tara Carpentar and William Sandie have filed answers to the Complaint (ECF Nos. 21, 22), other Defendants have not been served, and the case is in its early stages. Accordingly, the Court will grant Plaintiff's Motion under Rule 41(a)(2).

It is therefore ordered that Plaintiff's motion to dismiss (ECF No. 26) is granted.

It is further ordered that Plaintiff's motion for release of addresses (ECF No. 19) is denied as moot.

It is further ordered that Plaintiff's Complaint is dismissed. The Clerk of the Court is instructed to close this case.

DATED THIS 16th day of May 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE